*H. H. Linney,* Assistant Attorney General, for petitioner. *Mr. George B. Thatcher* for respondent.

No. 421. JOHN J. FULTON CO. *v.* FEDERAL TRADE COMMISSION. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Zach Lamar Cobb* for petitioner. *Solicitor General Fahy, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 430. COLONIAL OIL CO. *v.* AMERICAN OIL CO. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Claude N. Sapp* for petitioner. *Mr. Pinckney L. Cain* for respondent.

No. 442. BUCKLEY *v.* JUDSON. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Gordon Dean, Brien McMahon,* and *Walter Gallagher* for petitioner. *Mr. Eli Whitney Debevoise* for respondent.

No. 415. EYER *v.* BRADY, WARDEN. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourt Circuit denied. *Mr. O. Bowie Duckett, Jr.* for petitioner.